U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED
2016 JUN 20 A 10:31
DEPUTY CLERK

**Synopsis**

| | |
|---|---|
| **Name:** | **Paulo D. Braga** |
| **Address:**<br>**(City & State Only)** | Gorham, Maine |
| **Year of Birth and Age:** | 1950, age 66 |
| **Violations:** | Health care fraud, 18 U.S.C. § 1347 |
| **Penalties:** | Maximum of 10 years in jail (18 U.S.C. § 1347);<br>Maximum fine of $250,000 (18 U.S.C. § 3571(b)(3)) |
| **Supervised Release:** | Not more than 3 years (18 U.S.C. § 3583(b)(2)) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Not more than 2 years (18 U.S.C. § 3583(e)(3))<br>(Class C felony) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | 3 years, less any prison term imposed for violation of supervised release (18 U.S.C. § 3583(h)) |
| **Defendant's Attorney:** | none |
| **Primary Investigative Agency and Case Agent Name:** | HHS, OIG-OI, Special Agent Catherine Richard |
| **Detention Status:** | arrested |
| **Foreign National:** | No; Naturalized U.S. citizen |
| **Foreign Consular Notification Provided:** | Upon request |
| **County:** | Brazil |
| **AUSA:** | James W. Chapman, Jr. |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution? Y/N** | No |
| **Assessments:** | $100 |